HEATHER E. WILLIAMS, CA Bar No.122664
Federal Defender
ANDREW WONG, CA Bar No. 308269
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RICHARD ASHLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  5:17-po-00383-JLT |
|---|---|
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE AT NON-SUBSTANTIVE PROCEEDINGS; [PROPOSED] ORDER** |
| vs. | |
| RICHARD ASHLEY, | Date:   June 5, 2018 |
| Defendant. | Time:   9:00 a.m. |
| | Judge: Hon. Jennifer L. Thurston |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Richard Ashley, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the June 5, 2018 status conference hearing. Mr. Ashley agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: May 31, 2018                            */s/ Andrew Wong*
                                              ANDREW WONG
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              RICHARD ASHLEY

**O R D E R**

Defendant's request for a waiver of appearance is granted. Defendant's appearance at the June 5, 2018 status conference is waived.

IT IS SO ORDERED.

Dated: **May 31, 2018**           **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE