1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANDREW WONG, Bar #308269
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare St. Ste. 330
4  Fresno, CA 93721
   Telephone: 559-487-5561
5  Fax: 559-487-5950

6  Attorneys for Defendant
   RICHARD ASHLEY

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No.  5:17-po-0383 JLT
                                       )  Case No.  5:17-po-0384 JLT
12                    Plaintiff,        )
                                       )
13  vs.                                )  DEFENDANT'S MOTION FOR ORDER
                                       )  REGARDING DISCOVERY; [PROPOSED
14  RICHARD ASHLEY,                    )  ORDER]
                                       )
15                    Defendant.       )
                                       )
16  _____)

17

18                               **MOTION**

19        On June 7, 2018 Mr. Ashley filed a motion for discovery. (Dkt. 10).  On June 8, 2018,

20  this Court directed the government to file its opposition or statement of non-opposition by June

21  24, 2018. (Dkt. 11).  Additionally, the Court ordered the government to produce discovery for

22  each request that it did not oppose.  (*Id.*)  To date, the Government has not filed an opposition

23  nor has it filed a statement of non-opposition.  In response to Mr. Ashley's request, the

24  Government produced fifteen photographs.  No additional discovery has been produced.

25        Pursuant to Local Rule 430.1(d) and this Court's June 8 order (Dkt. 11), Mr. Ashley

26  requests that this Court enter an order compelling the Government to comply with the discovery

27  requests made in Mr. Ashley's June 7 motion (Dkt. 10) and set a deadline of July 13, 2018 for all

28  discovery disclosures.

1

2  Dated: June 28, 2018                                    Respectfully submitted,

3
                                                          HEATHER E. WILLIAMS
4                                                         Federal Defender

5                                                          /s/ *Andrew Wong*
                                                          ANDREW WONG
6                                                         Assistant Federal Defender
                                                          Counsel for Defendant
7                                                         RICHARD ASHLEY

8

9                              **O R D E R**

10        The Court **ORDERS** the Government to comply with the discovery request in Mr.

11  Ashley's motion for discovery.  (Doc. 10)  All discovery disclosures must be made by 5:00 p.m

12  on July 13, 2018.

13

14  IT IS SO ORDERED.

15     Dated:   **July 2, 2018**                          **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2
    ASHLEY: Motion For Order Regarding Discovery