| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, CA SBN #308269 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | RICHARD ASHLEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:17-po-00383-JLT |
| | ) | Case No. 5:17-po-00384-JLT |
| Plaintiff, | ) | |
| | ) | **MOTION TO CONTINUE; [~~PROPOSED~~]** |
| vs. | ) | **ORDER** |
| | ) | |
| RICHARD ASHLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Mr. Ashley, through his undersigned counsel, hereby requests that the Court continue his trial date, currently set for September 7, 2018, to December 7, 2018.

Mr. Ashley plans to personally attend his trial on the Death Valley citations. Circumstances, however, make it difficult for Mr. Ashley to attend his presently set trial date.

The Confrontation Clause of the Sixth Amendment guarantees that, "[i]n all criminal prosecutions, the accused shall enjoy the right … to be confronted with the witnesses against him." From this right of confrontation, springs the "accused's right to be present in the courtroom at every stage of his trial." *Illinois v. Allen*, 397 U.S. 337, 338 (1970); s*ee also Crosby v. United States*, 506 U.S. 255, 259 (1993) ("It is well settled that … at common law the personal presence of the defendant is essential to a valid trial and conviction.")

The Supreme Court has only recognized two exceptions to the right to be present at one's trial. First, "if, after the trial has begun in his presence, he voluntarily absents himself," the

defendant may waive his right to be present. *Crosby*, 506 U.S. at 260. Second, "a defendant can lose his right to be present at trial if, after being warned that he will be removed if he continues his disruptive behavior, he nevertheless insists on conducting himself in a manner so disorderly, disruptive, and disrespectful of the court that his trial cannot be carried on with him in the courtroom." *Allen*, 397 U.S. at 343.

Mr. Ashley's situation does not fall within either exception. He intends to be personally present for his trial. Unfortunately, his limited income makes it difficult for him to travel out of state in September. Mr. Ashley and his wife rely almost exclusively on their respective Social Security income payments to support themselves. In order to personally appear at his initial appearance, Mr. Ashley drove several hours through the desert from Henderson, Nevada to Bakersfield, California and stayed at a local hotel the night before his initial appearance date. This trip to Bakersfield was taxing on Mr. Ashley's limited income. Therefore, Mr. Ashley requests that the Court continue his trial from September 7, 2018 to December 7, 2018 in order to allow him to make the appropriate arrangements and save the required funds to travel from Henderson, Nevada to Ridgecrest, California.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 6, 2018         */s/ Andrew Wong*
ANDREW WONG
Assistant Federal Defender
Attorneys for Defendant
RICHARD ASHLEY

## **O R D E R**

IT IS SO ORDERED.

Dated: **July 9, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE