HEATHER E. WILLIAMS, Bar #122664
**I. Federal Defender**
ANDREW WONG, CA Bar #308269
ASSISTANT FEDERAL DEFENDER
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
RICHARD ASHLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 5:17-po-383-JLT |
|---|---|---|
| *Plaintiff*, | ) ) | STIPULATION TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE; |
| vs. | ) ) | [~~PROPOSED~~] ORDER (Doc. 17) |
| RICHARD ASHLEY, | ) ) | |
| *Defendant*. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Richard Ashley, that this case shall be resolved by payment of a fixed-sum in lieu of Richard Ashley's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

Richard Ashley agrees to pay a $250 fine and a $30 processing fee on Citation No. 6459733, violation of a use restriction, and $250 fine and a $30 processing fee on Citation No. 6459736, violation of a use restriction, for a total financial obligation of $560. Payments will commence August 15, 2018 at a rate of $35 per month until paid in full. Payments will be made to the Central Violations Bureau.

Upon receipt of payment, this case will close and the Government will move to dismiss Citation No. 6459737, disorderly conduct, in the interest of justice.

Should the Court adopt the parties' proposed resolution, the parties request that the Court vacate the December 7, 2018 trial date and set a status conference for December 2019.

                                      Respectfully submitted,

                                      McGregor Scott
                                      United States Attorney

Date: July 13, 2018                    */s/ Michael Tierney*
                                       MICHAEL TIERNEY
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: July 13, 2018                   */s/ Andrew Wong*
                                       ANDREW WONG
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       RICHARD ASHLEY


**O R D E R**

IT IS SO ORDERED.

    Dated:  **July 13, 2018**                  **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE